Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOEING EMPLOYEES CREDIT UNION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>AZIZ, Official Number 1186432, her engines, tackle, apparel, furniture and appurtenances, <u>In Rem</u>; and ABDOLLAH SHAJARI also known as ABDE SHAJARI<br><br>Defendants. | IN ADMIRALTY<br><br>NO. CV9-1121 RSM<br><br>DEFAULT JUDGMENT IN REM, JUDGMENT FORECLOSING PREFERRED MARINE MORTGAGE AND ORDER OF SALE |

THIS MATTER having come on regularly upon the motion of plaintiff, Boeing Employees Credit Union, by and through its attorneys, Siderius, Lonergan and Martin, LLP, by Brian C. Read, an Order of Default In Rem having entered January 4, 2010, this Judgment having been approved by the U.S. Marshall Service; the Court having considered the records and files herein, now makes the following findings of fact:

1. Plaintiff is entitled to a Default Judgment In Rem against defendant vessel; and

2. Plaintiff's claim under its Preferred Marine Mortgage is superior to that of any other claimant.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the preferred marine mortgage on the vessel Aziz, Official Number 1186432, her engines,

ORDER AUTHORIZING MARITIME LIEN
FORECLOSURE, SALE OF VESSEL AND
IN-REM JUDGMENT - 1

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, STE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805

tackle, apparel, furniture and equipment, in favor of Boeing Employees Credit Union, is foreclosed; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff, Boeing Employees Credit Union, be entitled to recover the sum of $370,663.72 plus costs and interest, and reasonable attorneys' fees and administrative expenses as subsequently approved by the Court, from defendant vessel, Aziz, her engines, tackles, apparel, furniture and all appurtenances thereto appertaining and belonging and all her additions, improvements and the replacements; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendant vessel, Aziz, and her engines, tackles, apparel, furniture and all appurtenances thereto appertaining and belonging and all her additions, improvements and the replacements be condemned to pay plaintiff the sum of $370,663.72 with interest at the rate of 5.99% from February 1, 2009, together with costs, attorneys' fees and expenses subsequently approved, to be taxed from the vessel, her engines, tackles, apparel, furniture and all appurtenances thereto appertaining and belonging and all her additions, improvements and the replacements condemned for the above mentioned sum, interest, attorneys' fees and costs; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the clerk of this court issue a writ of venditioni expones to the United States Marshal for the Western District of Washington for the sale of defendant vessel, her engines, tackles, apparel, furniture and all appurtenances thereto appertaining and belonging and all her additions, improvements and the replacements through improvements and the replacements, the Marshal publishing notice daily for a period of eight days prior to the date of sale pursuant to the law, and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the sale of the vessel, Aziz, her engines, tackles, apparel, furniture and all appurtenances thereto appertaining and belonging and all her additions, improvements and the replacements, plaintiff be permitted to bid without cash deposit, up to the extent of its judgment and in the

ORDER AUTHORIZING MARITIME LIEN
FORECLOSURE, SALE OF VESSEL AND
IN-REM JUDGMENT - 2

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, STE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805

event that such bid is the highest and best bid that such amount be credited on the judgment entered herein, and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that out of the proceeds of the sale of defendant vessel, Aziz, her engines, tackles, apparel, furniture and all appurtenances thereto appertaining and belonging and all her additions, improvements and the replacements, when paid into the registry of this court, the clerk of the court pay to plaintiff, or its attorney, the amount reported due together with the taxed costs and reasonable attorneys' fee, and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any and all persons, firms or corporations claiming any interest in the defendant vessel be forever foreclosed of and for all rights of equity or redemption of claim in or to the defendant vessel.

DONE IN OPEN COURT this 7th day of January, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

　/s/　Brian C. Read
Brian C. Read, of
SIDERIUS, LONERGAN & MARTIN, LLP
Attorneys for Plaintiff
WSBA #34091

Approved by:

　/s/　W.J. Howe by Michele Stiltner
U.S. Marshal
Western District of Washington

ORDER AUTHORIZING MARITIME LIEN
FORECLOSURE, SALE OF VESSEL AND
IN-REM JUDGMENT - 3

SIDERIUS LONERGAN & MARTIN LLP
ATTORNEYS AT LAW
500 UNION STREET, STE 847
SEATTLE, WASHINGTON 98101
(206) 624-2800
FAX (206) 624-2805